IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVIS CLINTON RHETT PLANTIKO, | CV 17–49–M–DLC–JCL |
| Plaintiff, | ORDER |
| vs. | |
| MARC JOHNSON, HEATHER SMITH, MEGAN COY, and D.O.C., | |
| Defendants. | |

United States Magistrate Judge Jeremiah C. Lynch entered his Order and Findings and Recommendations in this case on October 18, 2017, recommending dismissal of specific defendants. (Doc. 12 at 3.) Plaintiff Travis Clinton Rhett Plantiko did not timely object to the Findings and Recommendations, and so has waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). This Court reviews for clear error those findings and recommendations to which no party objects. *See McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000)

-1-

(citations omitted).

After reviewing the record and finding no clear error,

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 12) are ADOPTED IN FULL. Defendants Heather Smith, Megan Coy, D.O.C., Loraine Wodnik, and Steve Bullock are DISMISSED.

DATED this 16th day of November, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court