IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVIS CLINTON RHETT PLANTIKO, <br><br> Plaintiff, <br><br> vs. <br><br> MARC JOHNSON, <br><br> Defendant. | CV 17-49-M-DLC-JCL <br><br> ORDER |

On June 19, 2018, the undersigned issued Findings and Recommendations recommending that this matter be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Doc. 35). Accordingly,

IT IS ORDERED that Defendant Marc Johnson's pending Motion for Summary Judgment (doc. 21) is DENIED as moot, subject to renewal in the event presiding Judge Dana L. Christensen does not adopt the undersigned's Findings and Recommendations.

DATED this 20th day of June, 2018

_____
Jeremiah C. Lynch
United States Magistrate Judge